

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-CR-2354-TWR |
|---|---|
| Plaintiff. | |
| v. | **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| FERNANDO ALEJANDRO CARDENAS ROJAS, | |
| Defendant. | |

On motion of the United States, and pursuant to Federal Rule of Criminal Procedure 48(a), the Information is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 6/9/25

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE